# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**THEODORA J. ZAWADZKI and**
**JOHN V. ZAWADZKI,**

       **Plaintiffs,**

  **v.**                                          **Case No. 05-C-0727**

**WYETH, INC., et al.,**

       **Defendants.**

## ORDER

Pursuant to 28 U.S.C. § 455(b)(4), this case is hereby returned to the clerk of court for random reassignment.

**SO ORDERED** this 11th day of July, 2005.

                                            s/Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge