UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

THEODORA J. ZAWADZKI and
JOHN V. ZAWADZKI,

    Plaintiffs,

v.                                   Case No.: 05-cv-727

PFIZER, INC.
PHARMACIA & UPJOHN, LLC
f/k/a PHARMACIA & UPJOHN, INC.
PHARMACIA & UPJOHN COMPANY, LLC,
f/k/a PHARMACIA & UPJOHN COMPANY,
BARR LABORATORIES, INC.
GREENSTONE, LTD. and
ABBOTT LABORATORIES,

    Defendants.

## **ORDER**

Upon all of the files, records and proceedings herein, particularly the foregoing Stipulation,

IT IS ORDERED: that Abbott Laboratories need not Answer or otherwise respond to the Complaint in the above-entitled action pending the issuance of a Conditional Transfer Order transferring this action to the Eastern District of Arkansas, Western Division, until thirty (30) days after formal transfer of this matter to the MDL.

Dated at Milwaukee, Wisconsin this 7th day of September, 2005.

                                  BY THE COURT:

                                  s/ Rudolph T. Randa
                                  Honorable Rudolph T. Randa
                                  Chief Judge